Argued July 23, affirmed July 23, petition for rehearing denied August 23, petition for review denied November 13, 1973

STATE OF OREGON, *Respondent, v.* DANIEL RICHARD DEAVER (No. 14-678), *Appellant.*

511 P2d 1270

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*John W. Osburn,* Solictor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.